UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL PRESCOP, et al.,

    Plaintiffs,

v.                      Case No. 8:09-cv-1332-T-30TGW

BALES SECURITY AGENCY, INC.,

    Defendant.
_____/

## O R D E R

The Court has been advised via a Mediation Report (Dkt. #15) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown.* After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1332.dismissal 15.wpd